IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN JACKSON,

    Plaintiff,                           No. 2:09-cv-3234 WBS KJN P

    vs.

TESSIE RALLOS, M.D., et al.,

    Defendants.            <u>ORDER</u>

                                /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On July 16, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed July 16, 2010, are adopted in full.

2. Defendants' June 25, 2010 motion to dismiss plaintiff's claim for professional medical negligence is granted.  This action shall proceed solely on count one of the complaint.

3. Defendants shall file an answer and a status report[1] within fourteen days from the date of this order.

DATED:   August 20, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] See Order filed April 2, 2010.