IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN JACKSON,

    Plaintiff,           No. 2:09-cv-3234 KJN P

    vs.

TESSIE RALLOS, M.D., et al.,

    Defendant.         <u>ORDER</u>

                              /

        Due to a scheduling conflict, counsel for plaintiff seeks leave of court to appear by telephone at the hearing on defendants' motion for summary judgment, set for Thursday, June 30, 2011, at 10:00 a.m., before the undersigned. Good cause appearing, IT IS HEREBY ORDERED that counsel for plaintiff may attend the above-described hearing by telephone. Counsel for plaintiff shall provide Courtroom Deputy Matt Caspar with counsel's telephone number at which counsel shall be available at 10:00 a.m. and thereafter until this motion has been heard.

DATED: June 28, 2011

                                              _____
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

jack3234.tel