IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN JACKSON,

        Plaintiff,                  No. 2:09-cv-3234 KJN P

     vs.

TESSIE RALLOS, M.D., and
ALVARO TRAQUINA,         ORDER RE SETTLEMENT & DISPOSITION

        Defendants.
_____/

     Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on August 21, 2012, the court has determined that the above-captioned case has settled.

     The court now orders that dispositional documents are to be filed not later than December 19, 2012.

     All hearing dates set in this matter, including the trial date of October 22, 2012, are **VACATED.**

////

////

////

////

1

1  FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
4        IT IS SO ORDERED.
5  DATED: August 22, 2012.
6                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE