**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
RALLOS and TRAQUINA

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN JACKSON,<br><br>Plaintiff,<br><br>vs.<br><br>TESSIE RALLOS, M.D.<br>ALVARO TRAQUINA, M.D.<br>JASON ROHRER, M.D., K.<br>MAHON, F.N.P-C; A. NOREIGA, M.D.<br>and DOES 1 through 20, inclusive<br><br>Defendants. | CASE NO: 2:09-cv-03234-KJN P<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The parties, by and through their attorneys of record, stipulate to the dismissal of the entire action, with prejudice, each side to bear its own costs and attorneys fees.

Dated: November 26, 2012        LAW OFFICE OF MARK RAVIS

By: */s/ Mark Ravis (signed with permission)*
     MARK RAVIS, CSB 137479
     Attorneys for plaintiff KEVIN JACKSON

Dated: November 26, 2012        WILLIAMS & ASSOCIATES

By: */s/ Kathleen J. Williams*
     KATHLEEN J. WILLIAMS, CSB 127021
     Attorneys for defendants
     RALLOS and TRAQUINA

**IT IS SO ORDERED**

Dated:  November 29, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/jack3234.dm